## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**DANIEL LEE LOONEY**                                                                                                   **PLAINTIFF**

**V.**                                        **CASE NO. 2:25-CV-2045**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                                                 **DEFENDANT**

### JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 2nd day of October, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE